No. 261. CANAVERAL PORT AUTHORITY *v.* 1329.25 ACRES OF LAND, MORE OR LESS, IN BREVARD COUNTY, FLORIDA, ET AL. Supreme Court of Florida. Certiorari

denied. The motion of respondents to tax costs is also denied. *William D. Jones, Jr.* for petitioner. *L. C. Crofton* for respondents.